|           |                                          |
|-----------|------------------------------------------|
| **To:**   | The Honorable Frank D. Whitney           |
|           | Chief U.S. District Court Judge          |
| **From:** | Will Sinclair                            |
|           | U.S. Probation Officer                   |
| **Subject:** | Jonquease Lydell Walker               |
|           | Case Number: 0419 3:11CR00194-001        |
|           | **REQUEST TO DESTROY SEIZED PROPERTY**   |
| **Date:** | 12/2/2015                                |

FILED
CHARLOTTE, NC
DEC 4 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC



NORTH CAROLINA WESTERN
MEMORANDUM

---

On August 11, 2015, Your Honor revoked the abovementioned defendant and sentenced him to an active term of three (3) years with no supervision to follow. This U.S. Probation Officer is respectfully requesting that Your Honor permit our office to destroy the following items that were seized from the defendant in relation to his violation. The items are as listed:

1) One Brinks Debit Card (Master Card) in the name of Bramdon Anderson.
2) Two rounds of .38 ammunition
3) Seven rounds of .40S&W and RP .40S&W ammunition
4) One SR40 Ruger Magazine

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7672, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: December 2, 2015

_____
Frank D. Whitney
Chief United States District Judge